Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Shana Harris, et al.           )
                               ) Case No: 4:17-cv-06025
        Plaintiff(s),          )
                               ) **APPLICATION FOR**
   v.                          ) **ADMISSION OF ATTORNEY**
                               ) **PRO HAC VICE**
Target Corporation, et al.     ) (CIVIL LOCAL RULE 11-3)
                               )
        Defendant(s).          )

I, Robert K. Shelquist, an active member in good standing of the bar of State of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Steven McKany, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401 | 600 B Street, Suite 1900<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 339-6900 | (619) 525-3990 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rkshelquist@locklaw.com | smckany@robbinsarroyo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 021310X.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/28/17                                        Robert K. Shelquist
                                                       APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert K. Shelquist is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/4/2017                                       *Haywood S. Gill Jr.*
                                                       UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ROBERT KINNEY SHELQUIST

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 1990

Given under my hand and seal of this court on

November 27, 2017

Emily J. Eschweiler, Director
Office of Lawyer Registration