ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
KEVIN A. SEELY (199982)
STEVEN M. MCKANY (271405)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
          kseely@robbinsarroyo.com
          smckany@robbinsarroyo.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST (*pro hac vice*)
JACOB M. SAUFLEY
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
          jmsaufley@locklaw.com
          rapeterson@locklaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANA HARRIS, Individually and on Behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiff,<br>v.<br><br>TARGET CORPORATION a Minnesota corporation, and TARGET STORES, INC., a Minnesota corporation,<br><br>Defendants. | Case No.: 4:17-cv-06025-HSG<br><br>JOINT STIPULATION AND ORDER EXTENDING TIME TO FILE PROPOSED PROTECTIVE ORDER AND ESI ORDER<br><br>Complaint Filed: October 20, 2017<br>FAC Filed:       January 8, 2018 |

JOINT STIPULATION AND ORDER
EXTENDING TIME TO FILE PROPOSED
PROTECTIVE ORDER AND ESI ORDER

Case No.: 4:17-cv-06025-HSG

1       This stipulation is entered into by and between plaintiff Shana Harris ("Plaintiff") and defendants Target Corporation and Target Stores, Inc. ("Defendants," and with Plaintiff, the "Parties"), by and through their counsel. The Parties hereby stipulate, subject to the Court's approval, to an extension of time to file a proposed ESI Order and Protective Order. This Stipulation is based on the following facts and the accompanying declaration of Steven M. McKany:

1.     In their January 16, 2018 Joint Case Management Statement (ECF No. 24), the Parties indicated an intent to submit a proposed protective order and ESI order to the Court by January 23, 2018.

2.     The Parties are negotiating the contents of the documents in good faith and anticipate requiring additional time to finalize the documents.

IT IS THEREFORE STIPULATED as follows:

Pursuant to Civil L.R. 6-1(b) and 6-2, the Parties will submit a proposed Protective Order and ESI Order to the Court for approval by January 31, 2018.

The requested modification will not impact any upcoming dates, including the initial case management conference scheduled for January 23, 2018, or the case schedule to be set at or following the initial case management conference.

Dated: January 22, 2018                                         ROBBINS ARROYO LLP

                                                                        /s/ *Steven M. McKany*
                                                                        BRIAN J. ROBBINS
                                                                        KEVIN A. SEELY
                                                                        STEVEN M. MCKANY
                                                                        600 B Street, Suite 1900
                                                                        San Diego, CA 92101
                                                                        Telephone: (619) 525-3990
                                                                        Facsimile: (619) 525-3991
                                                                        E-mail: brobbins@robbinsarroyo.com
                                                                                      kseely@robbinsarroyo.com
                                                                                      smckany@robbinsarroyo.com

- 1 -

JOINT STIPULATION AND ORDER                            Case No.: 4:17-cv-06025-HSG
EXTENDING TIME TO FILE PROPOSED
PROTECTIVE ORDER AND ESI ORDER

|   |   |   |
|---|---|---|
| Date: January 22, 2018 | | LOCKRIDGE GRINDAL NAUEN PLLP |
| | | Robert K. Shelquist |
| | | Jacob M. Saufley |
| | | Rebecca A. Peterson CA #241858 |
| | | 100 South Washington Ave., Suite 2200 |
| | | Minneapolis, MN 55401 |
| | | Telephone: 612-339-6900 |
| | | Facsimile: 612-339-0981 |
| | | E-mail: rkshelquist@locklaw.com |
| | | jmsaufley@locklaw.com |
| | | rapeterson@locklaw.com |
| | | |
| | | Attorneys for Plaintiff |
| Date: January 22, 2018 | | WILLENKEN WILSON LOH & DELGADO LLP |
| | | |
| | | _/s/ Megan O'Neill_ |
| | | Megan O'Neill (Bar No. 220147) |
| | | 2 Embarcadero Center, 8th Floor |
| | | San Francisco, CA 94111 |
| | | Tel: (415) 830-5740 |
| | | E-mail: moneill@willenken.com |
| | | |
| | | William A. Delgado (Bar No. 222666) |
| | | WILLENKEN WILSON LOH & DELGADO LLP |
| | | 707 Wilshire Blvd., Suite 3850 |
| | | Los Angeles, California 90017 |
| | | Telephone: (213) 955-9240 |
| | | Facsimile: (213) 955-9250 |
| | | E-mail: wdelgado@willenken.com |
| | | |
| | | Attorneys for Defendants TARGET CORPORATION and TARGET STORES, INC. |

## **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Megan O'Neill within this e-filed document.

_/s/ Steven M. McKany_

Steven M. McKany

JOINT STIPULATION AND ORDER EXTENDING TIME TO FILE PROPOSED PROTECTIVE ORDER AND ESI ORDER

Case No.: 4:17-cv-06025-HSG

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 2 | |
| 3 | DATED: January 23, 2018 |
| 4 | |
| 5 | *Haywood S. Gilliam Jr.* |
| 6 | Hon. Haywood S. Gilliam, Jr. |