LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST (admitted *pro hac*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

Counsel for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA HARRIS, Individually and on Behalf of a Class Similarly Situated Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation and TARGET STORES, INC., a Minnesota corporation,<br><br>Defendants. | Case No. 4:17-cv-06025-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that:

Plaintiff Shana Harris' claims against Defendants are hereby dismissed with prejudice, each party to bear its own cost; and

The putative class members' claims against Defendants are hereby dismissed without prejudice, each party to bear its own cost.

IT IS SO STIPULATED:

Dated: May 25, 2018

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST

By:   s/ *Robert K. Shelquist*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
           rapeterson@locklaw.com


**ROBBINS ARROYO LLP**
KEVIN A. SEELY (199982)
STEVEN M. MCKANY (271405)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsarroyo.com
smckany@robbinsarroyo.com
*Attorneys for Plaintiffs*

Dated: May 25, 2018

**WILLENKEN WILSON LOH & DELGADO LLP**
MEGAN O'NEILL (220147)

By:   s/ *Megan O'Neill*
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 830-5740
Facsimile: (213) 955-9250
E-mail: moneill@willenken.com

- 1 -
STIPULATION OF DISMISSAL

|    |    |
|----|----|
| 1  | **WILLENKEN WILSON LOH & DELGADO LLP** |
| 2  | WILLIAM A. DELGADO (222666) |
|    | 707 Wilshire Blvd., Suite 3850 |
| 3  | Los Angeles, CA 90017 |
|    | Telephone: (213) 955-9240 |
| 4  | Facsimile: (213) 955-9250 |
|    | E-mail: wdelgado@willenken.com |
| 5  |    |
| 6  | ***Attorneys for Defendants*** |

IT IS SO ORDERED

Dated: 5/25/2018

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.

- 2 -
STIPULATION OF DISMISSAL